Anthony O. Egbase, Esq. SB#181721
A. O. E. Law & Associates, Inc.
350 S. Figueroa Street, Suite 189
Los Angeles, CA 90071
Tel: (213) 620-7070; Fax: (213) 620-1200
info@anthonyegbaseLaw.com
Attorney for Defendant: Jorge Torres

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff <br><br> **V.** <br><br><br> **JORGE A. TORRES** <br><br> Defendant | **CASE NO.: 1:12CR299-LJO-SKO** <br><br> **STIPULATION TO RESCHEDULE BAIL REVIEW HEARING AND STATUS CONFERENCE** <br> Date: **2/11/2013** <br> Time: **1:30PM** <br> Judge: **Hon. Sheila K. Oberto** |

WHEREAS the Defendant had requested the Bail review hearing and the status conference be set for February 4, 2013 at 1:30PM for judicial economy and to reduce cost and expense to the defendant.

WHEREAS the Assistant United States attorney representing the Government, Karen A. Escobar, Esq. is not available for any hearings on the week of February 4, 2013.

WHEREAS Defendant's counsel, Anthony O. Egbase, Esq., is not available to attend the Bail Review Hearing on any date before February 4, 2013.

 IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Karen A. Escobar, counsel for Plaintiff, and Anthony O. Egbase, Esq. counsel for Defendant, Jorge A. Torres, that the Bail Review Hearing currently set for January 31, 2013 at 1:30PM and the Status Conference currently set for February 4, 2013 at

1

1:30PM may **both be rescheduled to February 11, 2013 at 1:30PM for Bail Review Hearing and Status Conference**.

Dated: January 25, 2013                                          BENJAMIN B. WAGNER
                                                                 United States Attorney


                                                                  /s/   Karen A. Escobar
                                                                 KAREN A. ESCOBAR, Esq.
                                                                 Assistant United States Attorney
                                                                 Attorney for Plaintiff

Dated: January 25, 2013                                          A. O. E. LAW & ASSOCIATES

                                                                 ANTHONY O. EGBASE, Esq.
                                                                 Attorney for Defendant:
                                                                 Jorge A. Torres

**ORDER**

IT IS SO ORDERED.

   Dated:   **January 28, 2013**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

2