BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Suite 4401
Fresno, CA  93721
Telephone:  (559) 497-4000
Facsimile:   (559) 497-4575

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JORGE TORRES,<br><br>               Defendant. | CASE NO.  1:12CR0299 LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, the above-captioned matter was set for a status conference before U.S. Magistrate Judge Sheila K. Oberto on Monday, October 7, 2013, at 1:00 p.m.

2. By this stipulation, defendant now moves to vacate the October 7 status conference, to set the matter for a change of plea on Tuesday, November 12, 2013, at 8:30 a.m. and to exclude time between October 7 and November 12, 2013.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. The defendant wishes to enter a guilty plea, pursuant to the plea agreement of the parties.  Counsel for the defendant is available November 12 for the change of plea.

1

b. Counsel for defendant believes that failure to grant the above-requested continuance would deny his client continuity of counsel.

d. The government does not object to the continuance.

d. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 7, 2013, to November 12, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   October 4, 2013.   Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney


/s/ Karen A. Escobar_____
KAREN A. ESCOBAR
Assistant United States Attorney

DATED:   October 4, 2013.

/s/ Anthony Egbase_____
ANTHONY EGBASE
Counsel for Defendant
JORGE TORRES

**O R D E R**

IT IS SO FOUND AND ORDERED this 4 th day of October, 2013.

/s/ Lawrence J. O'Neill\_\_\_
LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE