Case 1:12-cr-00299-LJO-SKO   Document 136   Filed 07/10/15   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

EASTERN  District of  CALIFORNIA

| | |
|---|---|
| United States of America </br> v. </br> JORGE A TORRES </br> </br> Date of Original Judgment:  02/03/2014 </br> Date of Previous Amended Judgment: _____ </br> *(Use Date of Last Amended Judgment if Any)* | ) </br> ) Case No:  1:12-CR-00299-002 LJO </br> ) </br> ) USM No:  69083-097 </br> ) </br> ) David M. Porter, Assistant Federal Defender </br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   46   months **is reduced to**   37 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   02/03/2014   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   06/24/2015       /s/ Lawrence J. O'Neill
                                                         *Judge's signature*

Effective Date:   11/01/2015       Honorable Lawrence J. O'Neill, District Court Judge